indicated that the minimum term should be in excess of 1 year. We agree. In accordance with the Code provision, however, defendant's minimum term is reduced to 3⅓ years, one-third the duration of his maximum term. The sentence is modified to a term of 3⅓ to 10 years.

Judgment affirmed as modified.

SEIDENFELD and RECHENMACHER, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. LE ROY PERKINS, Defendant-Appellant.

(No. 73-122;

Second District—September 18, 1974.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, of Model District State's Attorneys Office, of counsel), for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT R. CLICK, Defendant-Appellant.

(No. 73-190;

Second District—September 19, 1974.